# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| **Scott L. Stettnichs,** | ) |
| | ) |
|        **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 16-00021-CV-W-JTM |
| | ) |
| **Carolyn Colvin,** | ) |
| | ) |
|        **Defendant.** | ) |

## ORDER

Pending before the Court is *Defendant's Motion To Reverse and Remand*, filed August 29, 2016 [Doc.14]. After due consideration of the issues presented and for the reasons cited in the defendant's motion, it is

**ORDERED** that *Defendant's Motion To Reverse and Remand*, filed August 29, 2016 [Doc.14] is **GRANTED** and this matter is **REVERSED AND REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with those set out in the brief of the Commissioner.

                                                   */s/ John T. Maughmer*
                                                   **John T. Maughmer**
                                          **United States Magistrate Judge**