IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Scott L. Stettnichs, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-021-CV-W-JTM |
| | ) |
| Carolyn W. Colvin, | ) |
| | ) |
|        Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Motion For Attorney Fees Under The Equal Access to Justice Act,* filed September 30, 2016 [Doc. 17]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Motion For Attorney Fees Under The Equal Access to Justice Act,* filed September 30, 2016 [Doc. 17] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees of **$5,000.00** to be paid by the Social Security Administration, and costs of **$400.00** to be paid from the Judgment Fund.

                                             */s/ John T. Maughmer*
                                                **John T. Maughmer**
                                          **United States Magistrate Judge**